IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OWEN JAMES STISH,<br>Defendant. | Case No. 3:26-mj-542<br>**MOTION TO DISMISS COMPLAINT** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Richard M. Lee, Assistant United States Attorney, pursuant to Fed. R. Crim. P. 48(a), hereby moves for an order dismissing the Complaint in the above-captioned matter.

Dated: October 30, 2026

NICHOLAS W. CHASE
United States Attorney

By: */s/ Richard M. Lee*

RICHARD M. LEE
Assistant United States Attorney
ND Bar ID 07647
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
richard.lee3@usdoj.gov
Attorney for United States