**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Owen James Stish,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-mj-542<br><br>**ORDER** |

A July 28, 2026 complaint charged Owen James Stish with receipt or possession of an unregistered firearm. On October 30, 2026, the government moved to dismiss the July 28 complaint. Pursuant to Federal Rule of Criminal Procedure 48(a), the complaint, (Doc. 1), is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Dated this 2nd day of November, 2026.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge